Civil Action No. **3:25-cv-02925-PHK**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **Cameron Hughes**
**was received by me on  April 3, 2025**

☐ I personally served the  on the individual at  on

☑ I left the SUMMONS AND RELATED DOCUMENTS  at 1440 Lawndale Road , Kenwood, CA 95452 with Renita Bernard, Subject's wife ,a person of suitable age and discretion who resides there, on *(date)* *April 3, 2025*  , and mailed a copy to the individual's last known address on *April 3, 2025*; or

☐ I served the  to  , who is designated by law to accept service of process on behalf of   on   ;or

☐ other *(specify)*:

*My fees are $ for travel and $  for services, for a total of $ 383.81*

*I declare under penalty of perjury that this information is true.*

Date: **4/7/2025**

*Server's signature*

**Francisco Avila**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.: In addition to the SUMMONS, the following was served as well:

ORIGINAL COMPLAINT;

CIVIL COVER SHEET;

PLAINTIFF'S CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT;

REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;

STANDING ORDER FOR ALL CIVIL CASES BEFORE DISTRICT JUDGE JON S. TIGAR;

STANDING ORDER FOR CIVIL JURY TRIALS BEFORE DISTRICT JUDGE JON S. TIGAR

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

NOTICE OF ELECTRONIC FILING;

ECF REGISTRATION INFORMATION;

CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING;

STANDING ORDER GOVERNING ADMINISTRATIVE MOTIONS TO FILE MATERIALS UNDER SEAL BEFORE DISTRICT JUDGE JON S. TIGAR;

STANDING ORDER FOR CIVIL BENCH TRIALS BEFORE DISTRICT JUDGE JON S. TIGAR

A0440-2432264